FILED
CLERK, U.S. DISTRICT COURT
6/28/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOHAN BUESO,<br>　aka "Fatboy,"<br><br>　　　　　Defendant. | CR　2:22-cr-00274-ODW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 3, 2022, in Los Angeles County, within the Central District of California, defendant JOHAN BUESO, also known as "Fatboy," knowingly and intentionally distributed at least 50 grams, that is, approximately 218 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about January 18, 2022, in Los Angeles County, within the Central District of California, defendant JOHAN BUESO, also known as "Fatboy," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 433 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before November 23, 2021, and continuing to on or about January 13, 2022, in Los Angeles County, within the Central District of California, defendant JOHAN BUESO, also known as "Fatboy," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sale of the following firearms, on or about the following dates:

| Date | Firearm(s) |
|---|---|
| 11/30/2021 | three 9mm caliber pistols bearing no serial number (commonly referred to as "ghost guns"). |
| 12/15/2021 | three ghost gun 9mm caliber pistols. |
| 01/03/2022 | one ghost gun 9mm caliber pistol. |

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

DOMINIQUE CAAMANO
Assistant United States Attorney
General Crimes Section

3